IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer | Date: September 9, 2010 |
| Court Reporter: Paul Zuckerman | |
| Interpreter: Adrianna Weisz | |
| Probation Officer: Kurt Thoene | |

**Criminal Action No.   07-cr-00436-WDM-3**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Susan Knox |
|          Plaintiff, | |
| vs. | |
| 3.  CESAR RAMOS, | John Tatum |
|          Defendant. | |

## COURTROOM MINUTES - SENTENCING

**9:02 a.m.     Court in session.**

Defendant is present in court, in custody.

Appearances of counsel.

Defendant entered his plea on **April 30, 2008,** to count one of the Indictment.

Interpreter is sworn.

Counsel for the government informs the Court that she has read the presentence report and addenda.

Counsel for the defendant informs the Court that he has read and discussed the presentence report and addenda with the defendant.

Statements to the Court by Mr. Tatum, for the defendant.

Statements to the Court by Ms. Knox, for the government.

Statements to the Court by the defendant.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's plea of guilty to Count One of the Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 120 to 135 months | 56 months (§ 5K.1.1) |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | Precluded by statute | None |
| **Fine** | $15,000 to $4,000,000 | None |
| **Special Assessment** | $100 | $100 |
| **Restitution** | Not applicable | |
| **Community Service** | Not recommended | |

**ORDERED:** Defendant shall be **imprisoned** for **fifty-six (56) months**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of years.

**ORDERED:** Defendant is placed on **probation** for a term of **five (5) years**.

**ORDERED: Conditions of Supervised Release that**:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which

|     | the defendant is released. |
| --- | --- |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not illegally possess controlled substances. |
| (X) | Defendant shall not possess a firearm or destructive device. |
| (X) | Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission. |
| (X) | Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance. |
| (X) | Defendant shall cooperate in the collection of DNA as directed by the probation officer. |

**ORDERED: Special Condition of Supervised Release that:**

(X) Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to the **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are **WAIVED**.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**ORDERED:** That the Government's Motion for Downward Departure Pursuant to 5K1.1 - *Government's Title 18 U.S.C. § 3553 (e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance* [#357] filed August 27, 2010, is **GRANTED** for the reasons stated on the record.

The Court recommends that the defendant be placed in facility in California and be able to participate in the RDAP program.

**9:45 a.m.**      **Court in recess.**

Total in court time: 00:42 minutes
Hearing concluded.